IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARJORIE CHILDRESS,

    Plaintiff,

v.   No.   1:21-cv-00097-SCY-JHR

NATIONAL CONGRESS OF EMPLOYERS INC.,
BENEFYTT TECHNOLOGIES INC. f/k/a
HEALTH INSURANCE INNOVATIONS INC.
and Jane Does 1-5,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the Parties - consisting of Ms. Childress, defendant National Congress of Employers, Inc., and defendant Benefytt Technologies, Inc., f/k/a/ Health Insurance Innovations, Inc. - have agreed to terms for settlement of this matter in its entirety. The Parties need to memorialize their agreement in a written settlement agreement, which they are actively working on at this time. As no defendant has filed a responsive pleading in this matter, Plaintiff will file a notice of voluntary dismissal upon completion of the Parties' settlement.  No answer or response is otherwise due from any defendant because of the agreement.

RESPECTFULLY  SUBMITTED,

By:   /s/  Sid  Childress

Sid Childress, Lawyer
1925  Aspen Dr.  #600A
Santa  Fe,  NM  87505
childresslaw@hotmail.com
(505) 433 - 9823
Attorney for Plaintiff

1

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 12, 2021, the foregoing document was served via electronic mail to the following:

Larry J. Montaño
**HOLLAND & HART LLP**
110 North Guadalupe, Suite 1
Post Office Box 2208
Santa Fe, New Mexico 87504-2208
TEL:  (505) 954-7293
FAX:  (505) 983-6043
Email: lmontano@hollandhart.com

**ATTORNEYS FOR DEFENDANT
BENEFYTT TECHNOLOGIES INC.**


Josef M. Mysorewala, Esq.
**LAW OFFICE OF JOSEF MYSOREWALA, PPLC**
2000 S. Dixie Highway, Suite 112
Miami, Florida 11311
TEL:  (305) 356-1031
FAX:  (305) 204-1042
Email: josefm@lawjmm.com

**ATTORNEYS FOR DEFENDANT
NATIONAL CONGRESS OF EMPLOYERS, INC.**

                                  */s/ Sid Childress*
                        By _____
                                  Sid Childress

16376885_v1