IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARJORIE CHILDRESS,

    Plaintiff,

v.                                    No.  1:21-cv-00097-SCY-JHR

NATIONAL CONGRESS OF EMPLOYERS INC.,
BENEFYTT TECHNOLOGIES INC. f/k/a
HEALTH INSURANCE INNOVATIONS INC.
and Jane Does 1-5,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE LAWSUIT AGAINST DEFENDANTS, WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Marjorie Childress, by and through counsel of record, hereby voluntarily dismisses, *with prejudice*, all claims that were asserted or that could have been asserted against defendants National Congress of Employers, Inc., and Benefytt Technologies, Inc., f/k/a/ Health Insurance Innovations, Inc.  Plaintiff also hereby dismisses Jane Does 1-5 so that the Court can close this entire case.

                            RESPECTFULLY  SUBMITTED,

                    By:   /s/  Sid  Childress
                            _____
                            Sid Childress, Lawyer
                            1925  Aspen Dr.  #600A
                            Santa  Fe,  NM  87505
                            childresslaw@hotmail.com
                            (505) 433 - 9823
                            Attorney for Plaintiff

-2-

## CERTIFICATE OF SERVICE

I caused this document to be served in accordance with D.N.M.LR-CIV. 5.1 by filing it through the Court's CM/ECF electronic filing system.

/s/  Sid  Childress
_____